**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NATIONAL OILWELL DHT, LP, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Case No. 2:14-cv-1020-JRG-RSP |
| v. | § | |
| | § | |
| AMEGA WEST SERVICES, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Counsel having advised the Court that they expect to resolve all, or nearly all, of the issues remaining regarding exhibits, the final pretrial conference set for January 11, 2022 is continued until **February 4, 2022 at 9:00 a.m.**

**SIGNED this 6th day of January, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE