# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NATIONAL OILWELL DHT, LP, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:14-cv-1020-JRG-RSP |
| AMEGA WEST SERVICES, LLC, | § § § | |
| *Defendant.* | § | |

## ORDER

The parties are **ORDERED** to file a notice informing the Court whether any remaining exhibit disputes exist no later than **February 2, 2022 at 12:00 p.m**. If no disputes remain the parties are directed to file their final trial exhibit lists no later than **February 4, 2022 at 9:00 a.m.**

**SIGNED this 31st day of January, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE