IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NATIONAL OILWELL DHT, L.P., *Plaintiff*, v. AMEGA WEST SERVICES, LLC, *Defendant*. | Civil Action No.  2:14-cv-1020 <br><br> JURY |

**CONSTRUCTION OF CERTAIN CLAIM PHRASES**

I.   U.S. Patent No. 6,279,670

| U.S. Patent No. 6,279,670 |||
|---|---|---|
| *Claim No.* | *Claim Phrase* | *Court's Construction* |
| Claim 1 | Provide A Varying Fluid Flow Therethrough | Cause a fluid flow through the flow passage of the valve that changes |
| Claim 1 | A Fluid Actuated Positive Displacement Motor Operatively Associated With The Valve For Driving The Valve Member | A motor that operates by forcing (displacing) fluid through discrete cavities. |
| Claim 11 <br><br> Claim 13 | Respective | Belonging or relating to each of two or more things individually. <br><br> Synonymous with "specific," "particular," and "corresponding." |
| Claim 11 <br><br> Claim 13 | Open Axial Drilling Fluid Flow Port | A bore extending along a longitudinal axis of the valve through which drilling fluid can pass and that is always at least partially open |

| U.S. Patent No. 6,279,670 |||
|---|---|---|
| *Claim No.* | *Claim Phrase* | *Court's Construction* |
| Claim 11<br><br>Claim 13 | Vary the Open Area of Said Port Between a Minimum Open Area and a Maximum Open Area | Vary the alignment of the openings of the valve members between the first and second states of alignment where one state of alignment is greater than the other and the openings of the valve members are always at least partially aligned such that the area is at least minimally open, not closed |
| Claim 11<br><br>Claim 13 | Provide A Varying Flow Therethrough | Cause a fluid flow through the flow port of the valve that changes |
| Claim 13 | A Fluid Actuated Positive Displacement Motor Operatively Associated With The Valve For Driving The Valve Member | A motor that operates by forcing (displacing) fluid through discrete cavities. |

II.     U.S. Patent No. 6,508,317

| U.S. Patent No. 6,508,317 |||
|---|---|---|
| *Claim No.* | *Claim Phrase* | *Court's Construction* |
| Claim 1 | Respective | Belonging or relating to each of two or more things individually.<br>Synonymous with "specific," "particular," and "corresponding." |
| Claim 1 | Open Axial Drilling Fluid Flow Port Through The Valve | A bore extending along a longitudinal axis of the valve through which drilling fluid can pass and that is always at least partially open |
| Claim 1 | Provide a Varying Flow Therethrough | Cause a fluid flow through the flow port of the valve that changes |

| U.S. Patent No. 6,508,317 | | |
|---|---|---|
| *Claim No.* | *Claim Phrase* | *Court's Construction* |
| Claim 1 | Drive Means Operatively Associated With The Valve For Rotating The First Member | This is a means-plus-function claim element governed by 35 U.S.C. § 112 ¶ 6.<br><br>The function is "rotating the first [valve] member".<br><br>The corresponding structure is a fluid driven turbine or a positive displacement motor. |

Approved as to form and substance:                Approved as to form and substance:


 /s/ Al Deaver                                     /s/ Kent Baldauf by permission
Counsel for Plaintiff.                            Counsel for Defendant.


**CERTIFICATE OF SERVICE**

I certify that on February 5, 2022, a true and correct copy of this document was served on all counsel of record using the Court's e-filing system.

/s/ Al Deaver